```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ILLINOIS
                    EASTERN DIVISION
```

AURELIUSE H. PIPER #N92986,     )
                                )
          Plaintiff,            )
                                )
     v.                         )     No.  10 C 5806
                                )
DR. PARTHA GHOSH, et al.,       )
                                )
          Defendants.           )

## MEMORANDUM ORDER

Aureliuse Piper ("Piper") has filed a self-prepared 42 U.S.C. §1983 ("Section 1983") Complaint against Dr. Partha Ghosh and a flock of other defendants, asserting a long-standing course of inattentiveness to what he describes as his serious medical problems.  Piper has accompanied the Complaint's lengthy and detailed narrative, much of which goes back to times outlawed by limitations but some of which falls within the two-year limitations period, with bulky evidentiary materials.

Because Piper and his targeted defendants in this lawsuit would all be better off if some order were to be given to his sprawling presentation, this Court would look favorably on Piper's accompanying Motion for Appointment of Counsel ("Motion") if what he describes as his several irons in the fire--requests for pro bono representation to which he is awaiting responses--turn out to be unproductive.  But in the meantime, this Court grants Piper's In Forma Pauperis Application in the manner authorized by 28 U.S.C. §1915 ("Section 1915").

In that respect this Court has calculated the average monthly deposits to Piper's inmate trust fund account at Stateville Correctional Center ("Stateville," where he is in custody) as called for by Section 1915(b)(1), and it finds that calculation comes to $33.96, 20% of which amounts to $6.79. Under Section 1915(b)(1) Piper need not pay the $350 filing fee in advance, although he must pay the entire fee in future installments.

Piper is accordingly assessed an initial partial fee payment of $6.79, and the Stateville trust fund officer is ordered to collect that amount from Piper's trust fund account and to pay it directly to the Clerk of Court ("Clerk"):

> Office of the Clerk
> United States District Court
> 219 South Dearborn Street
> Chicago IL 60604
>
> Attention: Fiscal Department

Both that initial payment and all future payments called for in this memorandum order shall clearly identify Piper's name and the 10 C 5806 case number assigned to this action. To implement these requirements, the Clerk shall send a copy of this memorandum order to the Stateville Jail's trust fund officer.

After such initial payment, the trust fund officer at Stateville (or at any other correctional facility where Piper may hereafter be confined) is authorized to collect monthly payments from Piper's trust fund account in an amount equal to 20% of the

preceding month's income credited to the account.  Monthly payments collected from the trust fund account shall be forwarded to the Clerk each time the amount in the account exceeds $10 until the full $350 filing fee is paid.

This Court will await further input from Piper with respect to the Motion.  In the meantime the Marshals Service is responsible for service of process on the defendants (including only the 13 pages of the Complaint itself, <u>not</u> the 90 pages of evidentiary materials) and this Court is contemporaneously issuing its customary initial scheduling order.

_____
Milton I. Shadur
Senior United States District Judge

Date:  September 22, 2010